IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RECCO FORD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | NO. 12-2160 |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

**AND NOW**, this *24th* day of *July*, 2012, upon consideration of Defendant the City of Philadelphia's Motion to Dismiss Plaintiff's Complaint (Docket No. 4), and Plaintiff's Response in Opposition (Docket No. 5), it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Plaintiff's false arrest and false imprisonment state law claims is **GRANTED**, as Plaintiff concedes that these claims are barred by the applicable statute of limitations;

2. Defendant's Motion to Dismiss the municipal liability claim asserted against the City of Philadelphia pursuant to 42 U.S.C. § 1983 is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.